AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of OKLAHOMA

1. RONALD MYERS
2. LORRI MYERS

V.

1. TERRY GOUKER, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIV-07-223-FHS

*Issued 10/18/07 jas*

TO: (Name and address of Defendant)

LEFLORE COUNTY DETENTION
CENTER PUBLIC TRUST
C/O DRU WAREN
PO BOX 1251
1011 N. BROADWAY
POTEAU, OK 74953

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL JAMES KING, OBA #5036
RONALD M. FRALEY, OBA #17179
WINTERS, KING & ASSOCIATES, INC.
2448 EAST 81ST ST., SUITE 5900
TULSA, OK 74137-4259
(918) 494-6868

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM B. GUTHRIE     OCT 18 2007

CLERK     DATE

(By) DEPUTY CLERK